■ PATRICIA J. CURTO, Appellant, v NATIONAL FUEL CORPO-RATION, Respondent. (Appeal No. 2.) [977 NYS2d 664]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Sconiers and Valentino, JJ.

■ In the Matter of SMALL SMILES LITIGATION. KELLY VARANO, as Parent and Natural Guardian of Infant JEREMY BOHN, et al., Respondents, v FORBA HOLDINGS, LLC, Now Known as CHURCH STREET HEALTH MANAGEMENT, LLC, et al., Appellants; et al., Defendants. (Action No. 1.) SHANTEL JOHNSON, as Parent and Natural Guardian of Infant KEVIN BUTLER, et al., Respondents, v FORBA HOLDINGS, LLC, Now Known as CHURCH STREET HEALTH MANAGEMENT, LLC, et al., Appellants, et al., Defendants. (Action No. 2.) TIMOTHY ANGUS, as Parent and Natural Guardian of Infant JACOB ANGUS, et al., Respondents, v FORBA HOLDINGS, LLC, Now Known as CHURCH STREET HEALTH MANAGEMENT, LLC, et al., Appellants, et al., Defendants. (Action No. 3.) [978 NYS2d 707]—Motions for reargument and leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni and Lindley, JJ.

■ JUDY MILLS, Respondent, v RICHARD MILLS, Appellant. [977 NYS2d 664]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Fahey, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BUCKMAN, Appellant. [976 NYS2d 900]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Livingston County Court, Robert B. Wiggins, J.—Attempted Burglary, 2nd Degree). Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER ROACHE, Appellant, v DONALD SAWYER, Executive Director of Central New York Psychiatric Center, Respondent. [977 NYS2d 664]—Motion for reargument denied. (Appeal from Judgment [denominated order] of Supreme Court, Oneida County, Bernadette T. Clark, J.—Habeas Corpus). Present—Scudder, P.J., Fahey, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY M. WRIGHT, Appellant. [976 NYS2d 900]—Resentence unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Resentence of Erie County Court, Michael F.